UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORENCE MULHOLLAND, on behalf of herself and as :
Administratrix of the estate of DAVID MULHOLLAND,   :      05-Civ-9908(cs)
                                                    :
                           Plaintiffs               :   **ORDER REGARDING**
                                                    :   **COURTROOM CONNECT**
 -against-                                          :   **PROVIDING INTERNET**
                                                    :   **CONNECTIVITY**
PHILIP MORRIS USA INC.                              :
                           Defendant.               :
------------------------------------------------------------X

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide the parties in the above-captioned matter with wired Internet connectivity for the duration of the proceedings, which are set to begin on Monday, July 15, 2013. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court and ~~the official court reporter.~~ *My courtroom deputy Alice Cama (914-390-4077).*

SO ORDERED.

\_\_7/1/13_____                                    \_\_\_\_\_*Cathy Seibel*_____
Date                                                            United States Judge Cathy Seibel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2013

# EXHIBIT B

# LEVY, PHILLIPS & KONIGSBERG, LLP
### ATTORNEYS AT LAW
### 800 THIRD AVENUE
### NEW YORK, N.Y. 10022

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

**NEW JERSEY OFFICE**
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

**GOSHEN OFFICE**
42 PARK PLACE
GOSHEN, NEW YORK 10924
TELEPHONE: (845) 294-2002

July 1, 2013

**VIA Facsimile**
Honorable Cathy Seibel
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

*Re: Mulholland v. Philip Morris USA, Inc., 05-Civ-9908 (CS)*

Dear Judge Seibel:

We represent Plaintiff Florence Mulholland in the above-referenced matter. We are writing on behalf of all parties to request permission to arrange for the provision of secure high-speed wired Internet access in the Courtroom. The secure Internet connection will enable the trial teams in the Courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective representation of all parties involved on this matter. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the Courtroom during proceedings.

Subject to your approval, the parties will retain Courtroom Connect to provide these services. It is the parties' understanding that Courtroom Connect has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys, and that Courtroom Connect has set up these technology services in the courthouse before. It is the parties' further understanding that Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is independent of the Court's internal network. Set up, installation and service fees will be paid for by the parties at no cost to the Court.

The parties further request that trial counsel and supporting staff be permitted to bring General Purpose Computer Devices-specifically, three laptop computers (and one printer) per party-into the courtroom during trial to use in connection with the Courtroom Connect service.

Use of this equipment by trial counsel and supporting staff during trial will promote expediency in presenting evidence, accessing information, and communication.

If Your Honor is agreeable to these arrangements, the parties respectfully request that Your Honor enter the proposed orders attached hereto as Exhibit A and Exhibit B.

Thank you for your consideration.

Respectfully yours,

Amber R. Long

cc: Thomas J. Quigley
Jennifer Malin
Nick Alioto

# EXHIBIT A