UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLORENCE MULHOLLAND, on behalf of herself
and as administratrix of the estate of DAVID
MULHOLLAND,

                     Plaintiff,

        -against-

PHILIP MORRIS USA INC.,

                    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2013

**JUDGMENT**
~~09-cv-9908 (CS)~~
05 Civ. 9908 (CS)

13,0274-WP

    WHEREAS a jury trial on Plaintiff Florence Mulholland's claims against Defendant Philip Morris USA Inc. ("PM USA") for fraudulent concealment and failure to warn prior to August 6, 1964 commenced on July 15, 2013;

    WHEREAS on July 30, 2013 the jury returned a verdict in favor of Plaintiff for her failure to warn claim and assessed liability in the amounts of: **Three Million and 00/100 Dollars ($3,000,000)** for David Mulholland's pain and suffering; **One Million and 00/100 Dollars ($1,000,000)** for Mrs. Mulholland's loss of her husband's services and society; **One Million and 00/100 Dollars ($1,000,000)** in damages sustained by Mrs. Mulholland due to her husband's death; and **Five Hundred Thousand and 00/100 Dollars ($500,000)** in damages sustained by Kelly Mulholland due to her father's death, for a total verdict of **Five Million, Five Hundred Thousand and 00/100 Dollars ($5,500,000)**;

    WHEREAS Plaintiff previously executed settlements with numerous other defendants also claimed to be liable for Mr. Mulholland's death, in an aggregate amount of **Four Hundred Sixty-Two Thousand, Five Hundred and 00/100 Dollars ($462,500)**;

WHEREAS Plaintiff is entitled to prejudgment interest on past wrongful death damages at a rate of 9% per annum pursuant to CPLR § 5004, for a total of **One Hundred Seventy-Five Thousand, Nine Hundred Five and 60/100 Dollars ($175,905.60)** in prejudgment interest;

WHEREAS Defendant PM USA is entitled to a setoff of its liability pursuant to N.Y. GOL § 15-108 and established Second Circuit precedent in an amount equal to the aggregate of each settlement plus hypothetical interest accrued at the prejudgment rate of 9% per annum from the date of each settlement through entry of the judgment, for a total setoff of **Seven Hundred Forty-Three Thousand, Six Hundred Thirty-Six and 08/100 Dollars ($743,636.08)**;

IT IS HEREBY ORDERED that judgment be entered against Defendant PM USA and in favor of Plaintiff in the amount of **Four Million, Nine Hundred Thirty-Two Thousand, Two Hundred Sixty-Nine and 52/100 Dollars ($4,932,269.52)**;

IT IS HEREBY FURTHER ORDERED that post judgment interest be awarded in favor of Plaintiff from the date of entry of the final judgment in accordance with 28 U.S.C. § 1961.

The Clerk of the Court is directed to enter this Final Judgment, without delay, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED:

_____
Cathy Seibel
U.S.D.J.

Dated: White Plains, New York
August 15, 2013